BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CSBN 238045
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8976
    Fax: 415-744-0134
    Jacob.Mikow@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROLANDO ARREDONDO,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-CV-02097-EPG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from October 30, 2015 to November 30, 2015. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. An extension of time is needed given Defense counsel's workload, and in order for counsel to review and respond to the issues raised in Plaintiff's motion. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

| | |
|---|---|
| Dated:  10/29/2015 | Respectfully submitted,<br>*/s/ Melissa Newel*<br>(As authorized via email on 10/29/2015)<br>MELISSA NEWEL<br>Attorney for Plaintiff |
| Dated:  10/29/2015 | BENJAMIN B. WAGNER<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| By: | */s/ Jacob M. Mikow*<br>JACOB M. MIKOW<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

OF COUNSEL:

In Seon Jeong
Assistant Regional Counsel

## ORDER

Based on the above stipulation between the parties, Defendant may have an extension of time to file her opposition brief. Defendant shall file her opposition brief no later than November 30, 2015. Plaintiff may file her reply brief no later than December 15, 2015.

IT IS SO ORDERED.

Dated:  **October 30, 2015**                    /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE